# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

___

May 6, 2019

*VIA ECF*
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *United States v. Wade Hayward,* 19 CR 61 (PKC)

Dear Judge Castel:

I represent Mr. Hayward who is scheduled to appear before the Court on May 30, 2019 for sentencing. I am in receipt of the draft Pre-Sentence Report in which the Probation Department references prior Youth Offender convictions, the records of which were available to the Probation Department but are under seal and, therefore, unavailable to the defense. I am informed by the Probation Department that it cannot release the records to the defense without a Court Order. Therefore, I write to request that the Court order the United States Probation Office to provide me with a copy of all court records and documentation relating to Mr. Hayward's Youthful Offender convictions.

Thank you.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:  AUSA Lindsey Keenan (via ECF)