UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                             19-cr-61 (PKC)

        -against-                                                       <u>ORDER</u>

WADE HAYWARD,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to defendant's motion for compassionate release by April 16, 2021.  The defendant may reply by April 30, 2021.

        SO ORDERED.

                                                                   P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
           March 26, 2021

COPY MAILED TO:

Wade Hayward
Register Number: 86510-054
USP Canaan
3057 Eric J. Williams Memorial Drive
Waymart, PA  18472